**Opinion issued December 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00427-CV

———————————

**BRAD WAYNE KEATON, Appellant**

**V.**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee**

---

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Case No. 124400-I**

---

## MEMORANDUM OPINION

Appellant's brief was due on October 11, 2024. On November 1, 2024, the Court notified appellant that his appeal was subject to dismissal unless he filed a brief by November 11, 2024. No brief was filed.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.